**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
rschonfeld@cslawoffice.net
Attorney for Defendant, CHRISTOPHER EUGENE LOBELLO

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER EUGENE LOBELLO )<br>)<br>Defendant, )<br>_____ ) | CASE NO. 2:22-cr-00023-JAD-BNW-1 |

<u>**STIPULATION AND [PROPOSED ORDER] TO CONTINUE SENTENCING DATE**</u>

**IT IS HEREBY STIPULATED AND AGREED,** by and between **JASON M. FRIERSON**, United States Attorney, by **SUPRIYA PRASAD**, Assistant United States Attorney, counsel for the United States of America, and **RICHARD A. SCHONFELD, ESQ.**, counsel for the Defendant, **CHRISTOPHER EUGENE LOBELLO**, that the Sentencing date in the above-captioned matter, currently scheduled for June 1, 2022, at the hour of 11:00 a.m., be vacated and continued to the week of July 1, 2022, or a date thereafter that is convenient to the Honorable Court.

This stipulation is entered into for the following reasons:

1. The Government and the Defense need this additional time to address certain issues related to the sentencing.

2. Assistant United States Attorney Supriya Prasad does not oppose the continuance.

3. The Defendant is out of custody and does not object to the continuance.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing hearing.

DATED this 19th day of May, 2022.　　　DATED this 19th day of May, 2022.

**UNITED STATES ATTORNEY**　　　**CHESNOFF & SCHONFELD**

/s/ Supriya Prasad　　　　　　　　　/s/ Richard A. Schonfeld
**SUPRIYA PRASAD, AUSA**　　　　　**RICHARD A. SCHONFELD, ESQ.**
501 Las Vegas Blvd., Suite 1100　　　Nevada Bar No. 6815
Las Vegas, Nevada 89101　　　　　　520 South Fourth Street
Tel.: [702] 388-6336　　　　　　　　Las Vegas, Nevada 89101
　　　　　　　　　　　　　　　　　Tel.: [702] 384-5563

## ORDER

Based on the foregoing Stipulation and with good cause appearing, **IT IS THEREFORE ORDERED** that the Sentencing date currently scheduled for June 1, 2022, at the hour of 11:00 a.m., be vacated and continued to July 6, 2022, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: May 19, 2022.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

/s/ Richard A. Schonfeld
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Attorney for Defendant, Christopher LoBello