**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
**520 South Fourth Street**
**Las Vegas, Nevada 89101**
**Telephone: (702)384-5563**
rschonfeld@cslawoffice.net
Attorney for Defendant,
**CHRISTOPHER EUGENE LOBELLO**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**\* \* \* \* \* \***

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER EUGENE LOBELLO, ) <br> ) <br> Defendant, ) <br> ) | CASE NO.  2:22-cr-00023-JAD-BNW-1 |

## DEFENDANT CHRISTOPHER EUGENE LOBELLO'S STIPULATION AND ORDER TO TRAVEL

**IT IS HEREBY STIPULATED AND AGREED**, by and between Supriya Prasad, Assistant United States Attorney and Richard A. Schonfeld, Esq., attorney for Defendant, Christopher Eugene LoBello, that Mr. LoBello's Pretrial Release conditions be modified as follows:

1. That Defendant shall be permitted to travel to Reno, Nevada from June 7, 2022 through June 10, 2022, for the purposes of packing his son's apartment and moving him to Las Vegas, Nevada;

2. Counsel for the Defendant has discussed this request with Pretrial Services officer Samira Barlow, who has no objection.

**DATED** this 1st day of June, 2022.

| | |
|---|---|
| **UNITED STATES ATTORNEY** | **CHESNOFF & SCHONFELD** |
| /s/ Supriya Prasad | /s/ Richard A. Schonfeld |
| **SUPRIYA PRASAD, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 333 Las Vegas Blvd. S. | Nevada Bar No. 6815 |
| Suite 5000 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant |

/ / /

# ORDER

The matter having come before the court on the stipulation of the parties with no objection from Pretrial Services, and good cause appearing, Defendant Christopher LoBello's Stipulation to Travel to Reno, Nevada is hereby **GRANTED**.

**IT IS ORDERED**

That Defendant shall be permitted to travel to Reno, Nevada from June 7, 2022 through June 10, 2022.

Dated this 3rd day of June, 2022.

_____
**JENNIFER A. DORSEY**
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully submitted by:

/s/ Richard A. Schonfeld
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant, Christopher LoBello