**RICHARD A. SCHONFELD, ESQ.**
**Nevada Bar No. 6815**
**CHESNOFF & SCHONFELD**
**520 South Fourth Street**
**Las Vegas, Nevada 89101**
**Telephone: (702)384-5563**
**rschonfeld@cslawoffice.net**
**Attorney for Defendant, CHRISTOPHER EUGENE LOBELLO**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | **CASE NO. 2:22-cr-00023-JAD-BNW-1** |
| v.    ) | |
| ) | |
| CHRISTOPHER EUGENE LOBELLO    ) | |
| ) | |
| Defendant,    ) | |
| _____ ) | |

### STIPULATION AND ORDER TO CONTINUE SENTENCING DATE

**IT IS HEREBY STIPULATED AND AGREED**, by and between **JASON M. FRIERSON**, United States Attorney, by **SUPRIYA PRASAD**, Assistant United States Attorney, counsel for the United States of America, and **RICHARD A. SCHONFELD, ESQ.,** counsel for the Defendant, **CHRISTOPHER EUGENE LOBELLO**, that the Sentencing date in the above-captioned matter, currently scheduled for July 6, 2022, at the hour of 10:00 a.m., be vacated and continued to the week of August 8, 2022, or a date thereafter that is convenient to the Honorable Court.

This stipulation is entered into for the following reasons:

1.    Counsel for the Defendant is suffering from an illness that will require him to stay home for the week of July 4, 2022, and therefore will be unable to appear at the sentencing currently

scheduled for July 6, 2022.

2.      Assistant United States Attorney Supriya Prasad does not oppose the continuance, and has requested the week of August 8, 2022.

3.      The Defendant is out of custody and does not object to the continuance.

4.      For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing hearing.

**DATED** this 5th   day of July, 2022.          **DATED** this 5th     day of July, 2022.

**UNITED STATES ATTORNEY**               **CHESNOFF & SCHONFELD**

**/s/ Supriya Prasad**                            **/s/ Richard A. Schonfeld**
**SUPRIYA PRASAD, AUSA**                  **RICHARD A. SCHONFELD, ESQ.**
501 Las Vegas Blvd., Suite 1100             Nevada Bar No. 6815
Las Vegas, Nevada 89101                     520 South Fourth Street
Tel.: [702] 388-6336                         Las Vegas, Nevada 89101
                                            Tel.: [702] 384-5563

 **ORDER**

Based on the foregoing Stipulation and with good cause appearing, **IT IS THEREFORE**

**ORDERED** that the Sentencing date currently scheduled for July 6, 2022, at the hour of 10:00 a.m.,

be vacated and continued to August 8, 2022, at 3:00 p.m.

**IT IS SO ORDERED**.

DATED: July 5th, 2022.

_____

**JENNIFER A. DORSEY**
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully submitted:

 /s/ Richard A. Schonfeld
**RICHARD A. SCHONFELD, ESQ**.
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Attorney for Defendant, Christopher LoBello